UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
MARIAH PILATO and ASHLEY MARTINEZ,
individually and on behalf of all others
similarly situated,                                          **ORDER**

                                        Plaintiffs,    25-cv-09550 (NRB)

                     - against -

ByHeart, Inc.,

                                        Defendant.
-------------------------------------X
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    In light of the transfer of this case to the undersigned, the

initial pretrial conference previously scheduled for February 11,

2026, ECF No. 8, is cancelled.

**SO ORDERED.**

Dated:    December 19, 2025
          New York, New York

                                    _____
                                    NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE

1