

**DLA Piper LLP (US)**
1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104
www.dlapiper.com

Colleen C. Gulliver
colleen.gulliver@us.dlapiper.com
T  212.335.4737
F  917.778.8037

January 21, 2026

**<u>VIA ECF</u>**
Hon. Naomi R. Buchwald
United States District Court
Southern District of New York
500 Pearl Street, Room 21A
New York, NY 10007

**Re:**    ***Pilato v. ByHeart, Inc.*, Case No. 1:25-cv-9550-NRB**
**ByHeart, Inc.'s Consent Letter Request for a Stay Pending Ruling on MDL**
**Petition**

Dear Judge Buchwald:

We represent defendant ByHeart, Inc. in the above-referenced action.  Pursuant to Rule 1(B) of Your Honor's Individual Practices, we write with the consent of Plaintiffs to respectfully request that the Court stay this action, including staying the deadline for ByHeart to answer, move, or otherwise respond to plaintiffs Mariah Pilato and Ashley Martinez's complaint, until resolution of a pending motion to transfer and consolidate this and other actions into an MDL.

On January 15, 2026, a Motion to Transfer and Centralize Related Actions was filed in *In re ByHeart Infant Botulism Litigation*, MDL No. 3178 (S.D.N.Y.), ECF No. 1-1, seeking to transfer and consolidate this action along with eighteen others into an MDL, *id.* ECF No. 1-20. ByHeart's deadline to respond to the Complaint is January 26, 2026.

ByHeart respectfully requests a stay of this Action or, in the alternative, an extension of its time to respond to the Complaint, until 21 days after the Judicial Panel on Multidistrict Litigation issues its ruling on the pending MDL Motion.  Good cause exists for this request for two reasons. First, in the interests of party and judicial economy, issues of jurisdiction and consolidation should be resolved in the first instance before ByHeart's deadline to answer, move or otherwise respond to the Complaint.  Second, ByHeart is in the process of attempting to schedule a mediation in this and other related actions.

ByHeart met and conferred with Plaintiff's counsel, who consented to this request.  This is ByHeart's second request for an extension of this deadline; ByHeart's first extension request was granted.  *See* Order dated December 10, 2025.  The requested extension will not affect any other scheduled dates.



Hon. Naomi R. Buchwald
January 21, 2026
Page Two


      ByHeart appreciates the Court's consideration of this matter and will make itself available should the Court have any questions.

Respectfully submitted,

Colleen Carey Gulliver

cc:     All counsel of record via ECF


    Application granted.  This Action is hereby stayed until 21 days after the Judicial Panel on Multidistrict Litigation issues its ruling on the pending Motion to Transfer and Centralize Related Actions in <u>In re ByHeart Infant Botulism Litigation</u>, MDL No. 3178, ECF No. 1-1.


SO ORDERED.

Dated:    January 23, 2026
           New York, New York

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE